**ATLAS | SOLOMON LLP**
NATALIE L. WINSLOW
Nevada Bar No. 12125
ATLAS | SOLOMON LLP
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
Telephone No.: (725) 315-9572
Email: nwinslow@atlas-solomon.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOMINIQUE HUFF, individually and on behalf of all others similarly situated,

Plaintiff,

-vs-

HOLLIS COBB ASSOCIATES, LLC,

Defendant.

CASE NO.: 2:26-cv-02829-JAD-NJK

**STIPULATION AND ORDER TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND STAY DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING TRANSFER**

[ECF No. 8]

NOW COME, Plaintiff Dominque Huff, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendant Hollis Cobb Associates, LLC ("Defendant" and with Plaintiff the "Parties"), by and through their counsel of record, and hereby stipulate to transfer this matter to the United States District Court for the District of Georgia, and to stay Defendant's responsive pleading deadline pending transfer. In support, the Parties state as follows:

1. On September 9, 2026, Plaintiff filed the Complaint in this Court. (Doc. No. 1.)

2. On October 21, 2026, Defendant filed a Motion to Transfer Venue and Stay Defendant's Responsive Pleading Deadline pending a ruling of said motion. (Doc. No. 7.

3. The Parties stipulate that the Northern District of Georgia is a proper venue to hear this matter pursuant to 28 U.S.C. § 1391(b), as Defendant's principal place of business and the events giving right to this case occurred in the Northern District of Georgia.

4. The Parties stipulate that transfer to the Northern District of Georgia is convenient and serves the interest of justice pursuant to 28 U.S.C. § 1404(a), as the locus of operative fact is in Georgia and the most convenient forum is in Georgia.

5. The Parties stipulate that this matter shall be transferred to the United States District Court for the Northern District of Georgia.

6. The Parties further stipulate that Defendant shall have 30 days following the transfer and opening of this matter in the United States District Court for the Northern District of Georgia in which to answer, move, or otherwise respond to the Complaint.

DATED this 2nd day of November 2026.

**ATLAS | SOLOMON LLP**

/s/ *Natalie L. Winslow*
Natalie L. Winslow
Nevada Bar No. 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
*Attorney for Defendant*

**NEVADA BANKRUPTCY ATTORNEYS LLC**

/s/ *Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 8] and with good cause appearing, IT IS HEREBY ORDERED that t**he Clerk of Court is instructed to TRANSFER this case to the United States District Court for the Northern District of Georgia and CLOSE THIS CASE**. The defendant's motion to transfer **[ECF No. 7] is DENIED** as moot.

U.S. District Judge Jennifer A. Dorsey
November 3, 2026